**STATE of Louisiana**

v.

**James WHITE**

**NO. 2015-KO-1577**

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Criminal District Court Div. G, No. 492-848; to the Court of Appeal, Fourth Circuit, No. 2014-KA-0397

⌐Denied.

HUGHES, J., would grant.

**STATE of Louisiana**

v.

**Cornell D. BUTLER**

**NO. 2015-KO-1608**

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial

District Court Div. K, No. 12-3448; to the Court of Appeal, Fifth Circuit, No. 15-KA-89.

⌐Denied.

**STATE EX REL. Samuel JORDAN**

v.

**STATE of Louisiana**

**NO. 2015-KH-1703**

Supreme Court of Louisiana.

October 10, 2016

Applying For Writ of Certiorari and/or Review, Parish of Caddo, 1st Judicial District Court Div. C, No. 274251; to the Court of Appeal, Second Circuit, No. 50,-002-KA

⌐Denied.